# AFFIDAVIT OF SPECIAL AGENT TIMOTHY TABER IN SUPPORT OF APPLICATIONS FOR A CRIMINAL COMPLAINT AND A SEARCH WARRANT

I, Timothy Taber, having been duly sworn, do hereby depose and state as follows:

## Agent Background

1. I am a Special Agent ("SA") with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so since May 2018. I have received formal training in conducting criminal investigations at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to becoming a SA with HSI, I was an Intelligence Analyst with the Federal Bureau of Investigation for approximately ten years. In 2005, I graduated from Northeastern University with a bachelor's degree in criminal justice. In 2006, I graduated from Suffolk University with a master's degree in criminal justice.

2. I am currently assigned to the HSI Boston, Massachusetts Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group which is comprised of law enforcement agents and officers from federal, state, and local agencies. As part of the DBFTF, I am responsible for conducting investigations involving but not limited to the manufacturing, counterfeiting, alteration, sale, and use of identity documents and other fraudulent documents to evade law enforcement or for other criminal activity. Due to my training and experience, as well as conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

## Purpose of Affidavit

3. I submit this affidavit in support of an application for a criminal complaint seeking an arrest warrant for Tomas XIRUM on the charge of 18 U.S.C. § 1028(a)(1), Fraud in Connection with Identification Documents, Authentication Features, and Information.

4.      I also submit this affidavit in support of an application for a search warrant for the following property: International Guatemala Musical and Fashion Accessories Store, 1522 Acushnet Avenue, New Bedford, Massachusetts 02746 ("Target Store"), as described in Attachment A. I have probable cause to believe that this property contains evidence, fruits, and instrumentalities of the crime identified above, as described in Attachment B.

5.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation but includes only the information necessary to establish probable cause for the requested criminal complaint and search warrant.

## Probable Cause

### Background

6.      In June 2020, the DBFTF and New Bedford Police received information that XIRUM was selling fraudulent United States government identification documents for $250 from the Target Store   Once an order is placed it takes XIRUM approximately three days to acquire the documents.  It is believed that XIRUM's document supplier is located in New York.[1]

### The First Document Purchase

7.      On May 4, 2021, an HSI undercover agent ("UCA 1") was provided with $250 to purchase fraudulent United States government identification documents from XIRUM.  At approximately 12:04 p.m., UCA 1 met with XIRUM inside the Target Store. UCA 1 told

---

[1] A confidential informant for the City of New Bedford Police Department previously told law enforcement that XIRUM obtained the United States government documents he sold from New York.

XIRUM that UCA 1 was referred by a friend and needed papers[2] for work. XIRUM told UCA 1 that the price for the papers was $250. UCA 1 asked XIRUM what was included in the $250 price and XIRUM replied a Social Security card and resident alien card[3]. XIRUM told UCA 1 he would take UCA 1's photograph in the Target Store for the resident alien card. XIRUM told UCA 1 if UCA 1 needed the documents urgently, he would be able to give UCA 1 a copy of the documents later in the day. XIRUM stated that with the copy of the documents, the UCA was able to start filling out job applications. UCA 1 asked when UCA 1 would be able to pick up the original documents. XIRUM told UCA 1 the documents would arrive on Sunday (May 9, 2021) around 12:00 p.m. to 1:00 p.m. UCA 1 stated he was going to get the money to pay XIRUM and would return. UCA 1 left the Target Store at approximately 12:07 p.m.

8.  At approximately 2:01 p.m., UCA 1 entered the Target Store, approached the counter after XIRUM was done dealing with a customer, and observed XIRUM pull out a ledger from underneath the counter. XIRUM opened the ledger and asked UCA 1 for his name and date of birth, which UCA 1 provided, and wrote in the ledger. XIRUM told UCA 1 the documents would be ready for pick up on Sunday (May 9, 2021). XIRUM provided UCA 1 with his telephone number for future contact, which was 508-863-0217. XIRUM told UCA 1 he could also obtain different identity cards and even driver's licenses from various countries. XIRUM told UCA 1 he could apply for a credit card with the new documents and the application might get approved.

9.  UCA 1 handed $250 to XIRUM, which he took and counted. XIRUM suggested UCA 1 take-off UCA 1's jacket in order to take the photo for the resident alien card. XIRUM

---

[2] Documents showing proof of United States citizenship and or status.

[3] This document is also known as a legal permanent resident card or LPR card.

placed a white cardboard on the counter and told UCA 1 to stand in front of the cardboard for the photo. XIRUM took the photo of UCA 1 with his cell phone. UCA 1 told XIRUM that his female friend might pick up the documents and left the Target Store at approximately 2:08 p.m.

10.  On May 10, 2021, an HSI undercover agent ("UCA 2") met with XIRUM inside of the Target Store to pick up the identity documents for UCA 1. XIRUM provided UCA 2 with a white envelope which contained a legal permanent resident card bearing a photograph of UCA 1 and a Social Security card. The name on the two documents provided by XIRUM was the name given by UCA 1. I checked various databases and found no record suggesting that the number on the Social Security card provided by XIRUM had ever been issued by the Social Security Administration.

**The Second Document Purchase**

11.  On June 23, 2021, an HSI undercover agent ("UCA 3") was provided with $250 to purchase fraudulent United States government documents from XIRUM. UCA 3, accompanied by UCA 1, met with XIRUM inside the Target Store. UCA 3 gave XIRUM the $250 in exchange for a legal permanent resident card and a Social Security card. XIRUM took UCA 3's photograph with his cell phone and told UCA 3 the documents would be ready for pick up on June 27, 2021. On July 6, 2021, UCA 3 called XIRUM and requested XIRUM mail the documents to UCA 3 in New York since UCA 3 would not be able to pick them up in person and XIRUM agreed.[4]

12.  On or about August 18, 2021, HSI New York agents retrieved a small white envelope from an undercover mailbox in New York. HSI New York did not open the small white envelope and mailed it overnight to the Boston DBFTF. On or about August 19, 2021, the

---

[4] UCA 3 provided XIRUM with a New York mailing address which was controlled by HSI New York agents.

Boston DBFTF received the small white envelope which contained one Social Security card and one legal permanent resident card bearing the photograph of UCA 3. The name on the two documents provided by XIRUM was the name given by UCA 3. I checked various databases and found no record suggesting that the number on Social Security card had ever been issued by the Social Security Administration.

### The Third Document Purchase

13. On or about August 3, 2022, UCA 1 communicated with XIRUM, via telephone call and text message, to setup the purchase of identity documents (legal permanent resident card and Social Security card) for another HSI UCA ("UCA 4"). XIRUM utilized telephone number 508-863-0217. On or about August 4, 2022, UCA 1 texted a picture of UCA 4 to XIRUM to use on the legal permanent resident card. XIRUM agreed to make the documents for UCA 4 before receiving any money and told UCA 1 they would be ready on Sunday (August 7, 2022). XIRUM told UCA 1 the documents cost $200.

14. On August 11, 2022, UCA 4 was provided with $200 to pay for the legal permanent resident card and Social Security card from XIRUM at the Target Store. At approximately 11:15 a.m., UCA 1 and UCA 4, both equipped with audio and video recording devices, met with XIRUM inside the Target Store and UCA 4 gave XIRUM $200 in exchange for the identity documents. UCA 4 asked XIRUM if he would be able to produce as many as 22 sets of identity documents in one order and XIRUM replied, yes. XIRUM told UCA 4 he does not make the identity documents and receives them on Wednesdays and Sundays. The name on the two documents provided by XIRUM was the name given by UCA 1 for UCA 4. The Social Security Administration confirmed that the number on the Social Security card provided by XIRUM had been issued by the Social Security Administration to a different person.

15. I know, based on my training and experience, that:

   a. It is common for those who use other persons' identities without authorization to conceal fraudulently obtained identification documents in secure locations to conceal them from law enforcement authorities and to allow for easy access and use when necessary; and

   b. It is common for individuals who use fraudulently obtained identification documents to retain those documents for substantial periods of time so that they can continue to use the fraudulently obtained identities as needed.

16. Based on my training and experience, I know that individuals who sell fraudulent identification documents, and in particular multiple sets of such documents, often possess evidence relating to the possession, production, and/or sale of fraudulent identification documents, including but not limited to communications with customers or co-conspirators, document templates, printers, laminators, cutting boards, and fraudulent documents that have been produced but not yet sold to the end user.

## Conclusion

17. Based on the foregoing, I have probable cause to believe that on or about May 4, 2021, June 27, 2021 and August 11, 2022, Tomas XIRUM knowingly sold a false identification documents without lawful authority that appears to have been issued by or under the authority of the UnitedStates, in violation of 18 U.S.C. § 1028(a)(1).

18. Based on the foregoing, I have probable cause to believe that evidence, fruits, and instrumentalities of these crimes, as described in Attachment B, are located in the premises described in Attachment A.

Sworn to under the pains and penalties of perjury.

/s/ Timothy Taber

_____

Timothy Taber
Special Agent
Homeland Security Investigations

Subscribed and sworn before me on August 22, 2022

_____
HONORABLE M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS